# ELECTRONIC RECORD

**396-15**
**397-15**

COA # 14-14-00209-CR

OFFENSE: Aggravated Robbery

STYLE: Jonathan Glen Johnson v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 263rd District Court

DATE: March 10, 2015   Publish: No

TC CASE #:1377006

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jonathan Glen Johnson v The State of Texas

CCA # _____

____PRO SE____   Petition

**396-15**
**397-15**

FOR DISCRETIONARY REVIEW IN CCA IS:

CCA Disposition: _____

____refused____

DATE: _____

DATE: _July 29 2015_

SIGNED: _____   PC: _____

JUDGE: _PC_

PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**